United States District Court
Southern District of Texas
**ENTERED**
December 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES H. VALENTINIS-DEE, a/k/a §<br>JAMES H. VALENTINISDEE, a/k/a §<br>JAMES H. VALENTINES-DEE, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>EASTERN DISTRICT OF §<br>ARKANSAS, *et al.*, §<br>§<br>*Defendants*. § | Civil Action No. H-24-4572 |

## ORDER

Plaintiff, a Montgomery County pretrial detainee, filed a *pro se* civil lawsuit on November 13, 2024. The Court dismissed the lawsuit on November 26, 2024. On December 16, 2024, the Court docketed plaintiff's pending "Motion for Final Order." (Docket Entry No. 7.) Plaintiff asks the Court to enter a final order in a civil case of unknown federal jurisdiction and a default judgment in his pending Montgomery County criminal case.

This case is closed, and the motion (Docket Entry No. 7) is **DISMISSED AS MOOT**. Any relief sought under Federal Rule of Civil Procedure 59(e) is **DENIED** for lack of merit.

Signed at Houston, Texas, on this the 18th day of December, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE